§ Motion for order —Granting motion for judgement

FILED

§ Motion for order—Granting for judgement – Appealed Case No. - 1:18-CV-1080

2018 NOV 14 P 1:08

IN THE UNITED STATES FOURTH CIRCUIT COURT OF APPEALS OR THE EASTERN DISTRICT OF VIRGINIA

In the Matter of the Appealed Tort Claim Concerning

James Ellis Hall II v. Verizon Communications, Inc.

ORDER — Notice of appeal

The motion of plaintiff (and appellant), *James Ellis Hall II*, for an **order** granting judgment in the above-entitled action, to be regularly heard on     *at*     before this court, with *James Ellis Hall II* appearing as the plaintiff (self-represented) and *Matthew Niemann* appearing as attorney for the defendant (and appellee). This claim was heard and ruled upon in Judge's Chambers

Attached herein is the motion to request judgement on the basis of the facts of the matter included herein.

IT IS **ORDERED** that a judgment be found pending hearing on     *at*     before this court, and that the matter proceed with respect to the remaining issues raised by the complaint and appeal.

Dated:
_____
*Judge:*
*Title:*

Name: James Ellis Hall II
Signed: [signature]
Date: 11/14/2018

Certificate of Service

Delivered to Matthew Niemann at Jackson Lewis 10701 Parkridge Blvd Ste 300 Reston, VA 20191 via mail on 11/14/2018